## IN THE UNITED STATES COURT
## FOR THE DISTRICT OF DELAWARE

ROSS GLICK,

       Plaintiff,

v.

CREATIVE GROUP, LLC, MANTRA
GRAPHICS, LLC, JOSPEH AVALLONE,
AND JOHN DOES 1-10,

       Defendants.

Civil Docket No. 1:14-cv-00558 GMS

### DEFENDANTS, CREATIVE GROUP ACQUISITION CO.'S AND JOSEPH AVALLONE'S MOTION TO DISMISS

NOW COMES, Defendants, Creative Group Acquisition Co., improperly name Creative Group LLC ("Creative") and Joseph Avallone ("Avallone"), and for the reasons more fully set forth in its Brief in Support of Motion to Dismiss request that this motion is dismissed, pursuant to Fed. R. Civ. Pro. 12(b)(6).

Dated: August 26, 2014

GELLERT SCALI BUSENKELL
& BROWN, LLC

By: /s/ Charles J. Brown, III
Charles J. Brown, III, Esq. (#3368)
Michael Busenkell, Esq. (#3933)
913 N. Market Street, 10th Floor
Wilmington, DE 19801
Tel: (302) 425-5800
Fax: (302) 425-5814
cbrown@gsbblaw.com
mbusenkell@gsbblaw.com

*Attorneys for Creative Group Acquisition Co. and Joseph Avallone*