CERTIFICATE OF SERVICE

       I hereby certify that on August 26, 2014, the foregoing *Defendants, Creative Group Acquisition Co.'s and Joseph Avallone's Motion to Dismiss* was filed with the Clerk of the Court, using CM/ECF, which will send automatic notification of the filing to counsel registered to receive such notifications. I hereby further certify that a true and correct copy of the foregoing document was served via First Class U.S. Mail, postage prepaid upon the parties indicated below.

Dated: August 26, 2014                    /s/ Charles J. Brown, III
                                            Charles J. Brown, III, Esq. (#3368)

**VIA FIRST CLASS MAIL**
Marc J. Gross, Esq.
Greenbaum Rowe Smith & Davis, LLP
99 Wood Avenue South
Iselin, New Jersey 08830-2712